## EXHIBIT A

| Name of creditor | Address 1 | Address 2 | City | State | ZIP | Country | Payment date | Amount paid |
|---|---|---|---|---|---|---|---|---|
| ORACLE AMERICA, INC | PO BOX 71028 | | CHICAGO | IL | 60694-1028 | | 12/12/2014 | 66,394.00 |
| ORACLE AMERICA, INC | PO BOX 71028 | | CHICAGO | IL | 60694-1028 | | 1/15/2015 | 66,391.17 |